**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 13-cr-00337-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RODRIGO JESUS CARRILLO-QUIRALTE,

      Defendant.

_____

**ORDER**
_____

      PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on January 28, 2014, it is

      ORDERED that Defendant Rodrigo Jesus Carrillo-Quiralte, is sentenced to TIME SERVED.

      DATED: January 28, 2014

                                BY THE COURT:

                                _____
                                Christine M. Arguello
                                United States District Judge